UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

                          Plaintiff,

          -v-

NAUTILUS INSURANCE COMPANY,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/11/2026_

**ORDER**

25-CV-8263 (MKV)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 21 (the "Letter Motion"), requesting to adjourn the May 14, 2026 conference. The Letter Motion is **GRANTED.** The conference is adjourned to **May 22, 2026** at **11:00 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 599 434 634#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 21 as **GRANTED.**

**SO ORDERED.**

Dated: May 11, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge