USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 8/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

Plaintiff,

-v-

NAUTILUS INSURANCE COMPANY,

Defendant.

**ORDER**

25-CV-8263 (MKV)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' letter, ECF No. 28, stating that they have reached a settlement in principle. In light of the parties' representation that they have agreed to a settlement in principle, the settlement conference currently scheduled for August 13, 2026 is adjourned *sine die*. The parties are directed to file a joint status update by **September 11, 2026** if the case is not dismissed before that date.

**SO ORDERED.**

Dated: August 12, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge